Abated and Memorandum Opinion filed March 23, 2006









Abated and Memorandum Opinion filed March 23, 2006.

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01162-CR 

NO. 14-04-01163-CR 

____________

 

MICHAEL LORREN MERRILL, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

_______________________________________________

 

On Appeal from the 23rd District Court

Brazoria County, Texas

Trial Court Cause Nos. 46,207 & 46,208

_______________________________________________

 

M E M O R A N D U M   O P I N I O N

These appeals were submitted without oral argument on
December 13, 2005.  The court was
subsequently notified that appellant died on January 18, 2006.  On March 16, 2006, the court was formally
notified of appellant=s death and furnished a copy of appellant=s death certificate.  The death of an appellant during the pendency
of an appeal deprives this court of jurisdiction.  See Ryan v. State, 891 S.W.2d 275
(Tex. Crim. App. 1994).  When an
appellant dies after an appeal is perfected but before this court issues the
mandate, the appeal is to be permanently abated.  See Tex.
R. App. P. 7.1(a)(2). 








Accordingly, we order these appeals permanently abated. 

PER CURIAM

 

Memorandum Opinion filed March 23,
2006.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson. 

Do Not Publish C Tex. R. App. P.
47.2(b).